**TRAILMOBILE DIVISION, PULLMAN INCORPORATED, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 25470.

United States Court of Appeals
Fifth Circuit.

Oct. 10, 1969.

Charles M. Lanier, New Orleans, La., Hulse Hays, Jr., Cincinnati, Ohio, Alan E. Harazin, Cincinnati, Ohio, Taft, Stettinius & Hollister, Cincinnati, Ohio, Phelps, Dunbar, Marks, Claverie & Sims, New Orleans, La., for petitioner.

**PETER PAN FABRICS, INC. and Henry Glass & Co., Plaintiffs-Appellees,**

v.

**DAN RIVER MILLS, INC., Defendant-Appellant.**

No. 101, Docket 33491.

United States Court of Appeals
Second Circuit.

Argued Oct. 7, 1969.

Decided Oct. 10, 1969.

Bernard A. Helfat, J. Nathan Helfat, Helfat & Helfat, New York City, for plaintiffs-appellees.

Douglas W. Wyatt, Arthur A. March, March, Gillette & Wyatt, New York City, for defendant-appellant.

Before WATERMAN, MOORE and KAUFMAN, Circuit Judges.

PER CURIAM:

The judgment below, United States District Court for the Southern District of New York, is affirmed on the opinion of District Judge MacMahon of January 13, 1969 as amended by the added opinion of February 4, 1969. The opinion as amended is reported at 295 F. Supp. 1366 (SDNY 1969).